**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**MAY 26 1999**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

SHARON MARIE PUENTE,

    Plaintiff - Appellant,

v.

UNITED STATES CRIMINAL AND
CIVIL DIVISION, FED V, FED VIII,
UNITED STATES DEPARTMENT
OF JUSTICE, HOPKINS AND
TOCHLER, LLC, BARON
PROPERTIES, LLC,

    Defendants - Appellees.

No. 99-1068

(D. Colorado)

(D.C. No. 98-Z-2669)

---

**ORDER AND JUDGMENT** [*]

---

Before **ANDERSON** , **KELLY** , and **BRISCOE** , Circuit Judges.

After examining the briefs and appellate record, this panel has determined

unanimously that oral argument would not materially assist the determination of

---

[*]This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel.  The court
generally disfavors the citation of orders and judgments; nevertheless, an order
and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

this appeal.  <u>See</u> Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G).  The case is therefore ordered submitted without oral argument.

This matter is before us on Sharon Marie Puente's motion for leave to proceed *in forma pauperis* so as to appeal the dismissal of her civil action against the United States Criminal and Civil Division, Social Security, and others.  For the reasons stated in the district court's order of dismissal filed February 5, 1999, we deny leave to proceed without prepayment of costs or fees and DISMISS the appeal.

ENTERED FOR THE COURT


Stephen H. Anderson
Circuit Judge